# BARKER, SCOTT & GELFAND

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

*Atlantic County Office:*
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
Fax (609) 601-8577

A. MICHAEL BARKER *
JOSEPH M. SCOTT**
TODD J. GELFAND **

SHARLENN E. PRATT **
VANESSA E. JAMES **
JODI L. COHEN ** *Of Counsel*

*Camden County Office:*
1939 Route 70 East
Cherry Hill, New Jersey 08003
(856) 874-0555
Fax (856) 874-9683

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: ambarker@barkerlawfirm.net

PLEASE REPLY TO
ATLANTIC COUNTY OFFICE

August 10, 2007

Clerk
United States District Court
    for the District of New Jersey/ Camden
Mitchell H. Cohen United States Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

Re:   Jennifer M. Vandegrift v. William J. Bowen, and the City of Margate
      Civil Action Number: 07-cv-2623 (JHR)
      Our File Number:    47620-89

Dear Sir/ Madam:

Please be advised that our office has been assigned to represent the interests of the Defendant, the City of Margate, in connection with the above-referenced matter.

We enclose for filing the Answer to the Plaintiff's Complaint, with Separate and Affirmative Defenses and Crossclaim, on behalf of the Defendant, the City of Margate.

Very truly yours,

**BARKER & SCOTT**
**a Professional Corporation**

By: *A. Michael Barker*
    A. Michael Barker, Esquire

AMB/lw

Page 2
August 10, 2007
United States District Court
   for the District of New Jersey/ Camden
Re:    Jennifer M. Vandegrift v. William J. Bowen, and the City of Margate
       Civil Action Number:    07-cv-2623 (JHR)
       Our File Number:       47620-89

cc:   ***with copy of enclosure to:***
     Thomas Barron, Esquire
     Attorney for Plaintiff

     City of Margate:
         Mary C. Siracusa, Esquire, Solicitor
         David Wolfson, Chief of Police