A. Michael Barker, Esquire
Barker, Scott & Gelfand
a Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
AMBarker@BarkerLawFirm.net
AMB/lw - Our File Number: 47620-89
Attorney for Defendant, the City of Margate

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - CAMDEN**

| | |
|---|---|
| JENNIFER M. VANDEGRIFT<br>Plaintiff,<br><br>vs.<br><br>WILLIAM J. BOWEN;<br>THE CITY OF MARGATE; and,<br>John Does, One or More<br>Defendant | Civil Action<br>Number 07-cv-2623<br><br>**ANSWER TO CROSSCLAIMS** |

The Defendant, the City of Margate, by and through its attorney, A. Michael Barker, Esquire of the Law Office of Barker, Scott & Gelfand, by way of Answer to Crossclaim for Indemnification asserted by the co-Defendants, William J. Bowen, hereby enters a formal denial to any and all claims and/or crossclaims for contribution and/or indemnification

and/or settlement credit and/or settlement contribution, which claims have been, or may be, asserted by any co-defendant.

                        Respectfully Submitted,

                        **BARKER, SCOTT & GELFAND**
                        **a Professional Corporation**

                        By: _/s/ A. Michael Barker_
                             A. Michael Barker, Esquire

Dated:   August 28, 2007