Joseph M. Scott, Esquire
Barker, Scott & Gelfand
a Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
JScott@BarkerLawFirm.net
Our File Number: 47620-89
Attorney for Defendant, the City of Margate

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY - CAMDEN**

| | |
|---|---|
| JENNIFER M. VANDEGRIFT<br>　　　　　　　　　Plaintiff,<br>vs.<br>WILLIAM J. BOWEN;<br>THE CITY OF MARGATE; and,<br>John Does, One or More<br>　　　　　　　　　Defendants.<br>and<br>WILLIAM J. BOWEN,<br>　　　　Defendant/Third-Party Plaintiff.<br>v.<br>ATLANTIC COUNTY MUNICIPAL JOINT<br>INSURANCE FUND,<br>　　　　　　　　Third-Party Defendant. | Civil Action<br>Number 07-cv-2623<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and hereby is dismissed with prejudice, without costs against any party.

BARRON & POSTERNOCK, LLP

_____
By:  Thomas M. Barron, Esquire      Date
　　*Attorney for Jennifer M. Vandegrift*

TIMOTHY R. SMITH & ASSOCIATES

_____
By:  Pablo N. Blanco, Esquire      Date
　　*Attorney for William J. Bowen*

REYNOLDS & DRAKE, P.C.

_____  10/28/09
By:  Thomas B. Reynolds, Esquire   Date
　　*Attorney for ACMJIF*

BARKER, SCOTT & GELFAND, P.C.

_____  11-2-09
By:  Joseph M. Scott, Esquire      Date
　　*Attorney for the City of Margate*

Joseph M. Scott, Esquire
Barker, Scott & Gelfand
a Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
JScott@BarkerLawFirm.net
Our File Number: 47620-89
Attorney for Defendant, the City of Margate

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY - CAMDEN**

| | |
|---|---|
| JENNIFER M. VANDEGRIFT<br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>WILLIAM J. BOWEN;<br>THE CITY OF MARGATE; and,<br>John Does, One or More<br>　　　　　　　　　　Defendants.<br><br>and<br><br>WILLIAM J. BOWEN,<br>　　　Defendant/Third-Party Plaintiff.<br>v.<br><br>ATLANTIC COUNTY MUNICIPAL JOINT<br>INSURANCE FUND,<br>　　　　　　　Third-Party Defendant. | Civil Action<br>Number 07-cv-2623<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and hereby is dismissed with prejudice, without costs against any party.

BARRON & POSTERNOCK, LLP

_____
By: Thomas M. Barron, Esquire    Date
　　 *Attorney for Jennifer M. Vandegrift*


TIMOTHY R. SMITH & ASSOCIATES


_____
By: Pablo N. Blanco, Esquire    Date
　　 *Attorney for William J. Bowen*

REYNOLDS & DRAKE, P.C.

_____
By: Thomas B. Reynolds, Esquire    Date
　　 *Attorney for ACMJIF*


BARKER, SCOTT & GELFAND, P.C.


_____
By: Joseph M. Scott, Esquire    Date
　　 *Attorney for the City of Margate*

Joseph M. Scott, Esquire
Barker, Scott & Gelfand
a Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
JScott@BarkerLawFirm.net
Our File Number: 47620-89
Attorney for Defendant, the City of Margate

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY - CAMDEN**

| | |
|---|---|
| JENNIFER M. VANDEGRIFT<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM J. BOWEN;<br>THE CITY OF MARGATE; and,<br>John Does, One or More<br><br>　　　　　　　　　　　　　Defendants.<br><br>and<br><br>WILLIAM J. BOWEN,<br>　　　　Defendant/Third-Party Plaintiff.<br>v.<br><br>ATLANTIC COUNTY MUNICIPAL JOINT<br>INSURANCE FUND,<br>　　　　　　　Third-Party Defendant. | Civil Action<br>Number 07-cv-2623<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and hereby is dismissed with prejudice, without costs against any party.

*BARRON & POSTERNOCK, LLP*　　　　　　　　　　*REYNOLDS & DRAKE, P.C.*

By: Thomas M. Barron, Esquire　　Date　　　　By: Thomas B. Reynolds, Esquire　　Date
　*Attorney for Jennifer M. Vandegrift*　　　　　　*Attorney for ACMJIF*

*TIMOTHY R. SMITH & ASSOCIATES*　　　　　　*BARKER, SCOTT & GELFAND, P.C.*

By: Pablo N. Blanco, Esquire　　10/29/09　　　By: Joseph M. Scott, Esquire　　Date
　*Attorney for William J. Bowen*　　　　　　　　*Attorney for the City of Margate*